# United States District Court

WESTERN DISTRICT OF WASHINGTON

MIRIAM J. TREVINO

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5454BHS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Defendant's Motion to Remand (Dkt. 6) is **GRANTED**, and this case is **REMANDED** to the Commissioner, pursuant to sentence six of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

| November 15, 2007 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

s/Caroline M. Gonzalez
Deputy Clerk