1
2
3
4
5
6
7

8
9

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

10
11
12
13
14
15

| | |
|---|---|
| MIRIAM J. TREVINO,<br><br>   Plaintiff,<br><br> v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>   Defendant. | CASE NO. C07-5464BHS<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER A STATISTICAL TERMINATION |

16   Pursuant to the Order Granting Defendant's Motion for Remand Pursuant to
17 Sentence Six, 42 U.S.C. § 405(g) (Dkt. 9), it appears that this matter will remain in an
18 inactive status for a substantial period of time. The Court hereby orders the Clerk to enter
19 a statistical termination of this case.

20   Counsel should note that this termination is intended solely to remove this matter
21 from the Court's docket of active pending cases in order to alleviate congestion of the
22 Court's docket. At such time as the parties deem this litigation to be in a posture to
23 proceed, the parties shall file a motion to reopen. The motion to reopen shall be filed in
24 the above-referenced cause number and noted for consideration on the day of filing;
25 counsel need not file a new case or pay additional filing fees. For purposes of statutes of
26 limitations, the Court deems the filing date of this litigation to be and to remain the
27 original filing date of the above-entitled case.
28

ORDER - 1

All pending motions, deadlines and hearings, if any, are hereby stricken as moot.

IT IS SO ORDERED this 18th day of June, 2007.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER - 2